Certificate Number: 14912-CAC-DE-038358050

Bankruptcy Case Number: 24-10848



14912-CAC-DE-038358050

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 8, 2024</u>, at <u>2:06</u> o'clock <u>PM EDT</u>, <u>Sangwoo Kim</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>April 8, 2024</u>         By:  <u>/s/Jai Bhatt</u>

                                  Name:  <u>Jai Bhatt</u>

                                  Title:  <u>Counselor</u>