Jeffrey I. Golden
Chapter 7 Trustee
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone:  (714) 966-1000
Facsimile:   (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>SANG-WOO KIM<br><br>Debtor. | Case No.: 8:24-bk-10848-SC<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL:   BENJAMIN HESTON
TO THE ABOVE NAMED DEBTOR

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **May 22, 2024 at 11:00 AM**, for the reason(s) set forth below:

**The Trustee requested that you provide additional documentation.**

**\*\*NOTE – THIS MEETING WILL TAKE PLACE REMOTELY. IF YOU NEED INSTRUCTIONS ON HOW TO APPEAR TELEPHONICALLY OR VIA ZOOM VIDEO CONFERENCE PLEASE VISIT THE TRUSTEE'S WEBSITE AT https://cases.stretto.com/jeffreygolden**

Dated:   May 9, 2024

/s/ Jeffrey I. Golden, Trustee
JEFFREY I. GOLDEN, TRUSTEE

I certify that I served the within notice on the above debtor and the debtor attorney and interested parties on May 9, 2024.

/s/ Lori Werner
Lori Werner